IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CV-199-BO

| | | |
|---|---|---|
| KELLY BLAZEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| CITY OF FAYETTEVILLE, | ) ) | |
| Defendant. | ) | |

This case is before the court on the motion (D.E. 15) by defendant City of Fayetteville to stay discovery pending resolution of its motion to dismiss (D.E. 10) for failure to state a claim upon which relief can be granted. Defendant contends that resolution of the dismissal motion may obviate discovery and that deferral of discovery until after such resolution would preserve the court's and the parties' time and other resources. Plaintiff Kelly Blazey consents to entry of a stay.

The court finds that defendant has shown good cause for the stay requested. The motion to stay is therefore ALLOWED, and all discovery in this case, including the convening of a conference and filing of a discovery plan pursuant to Fed. R. Civ. P. Rule 26(f), is STAYED pending entry of the order disposing of the motion to dismiss. The parties shall file a discovery plan pursuant to Rule 26(f) within 30 days after such entry if at the time one or more claims remain in this court.

SO ORDERED, this 16 day of July 2018.

James E. Gates
United States Magistrate Judge